# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br><br>BILAL SIDDIQUI<br><br>*Defendant(s)* | )<br>)<br>) Case No. 18-2652-JMC<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __September 28, 2017__ in the county of __Baltimore__ in the
_____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2251(a) | Production of Child Pornography |

FILED ___ ENTERED
LOGGED ___ RECEIVED

SEP 26 2018

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
BY DISTRICT OF MARYLAND
DEPUTY

This criminal complaint is based on these facts:
See Affidavit of TFO Joshua N. Rees which is attached and incorporated herein by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Joshua N. Rees, Task Force Officer, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/26/18

_____
*Judge's signature*

City and state: Baltimore, Maryland

J. Mark Coulson, United States Magistrate Judge
*Printed name and title*